

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2021

No. 04-20-00390-CV

**In re Onesimo M. MEDINA**

Original Mandamus Proceeding[1]

### ORDER

In accordance with this court's memorandum opinion of this date, the petition for a writ of mandamus is CONDITIONALLY GRANTED IN PART and DENIED IN PART. We ORDER the trial court to vacate its July 14, 2020 order titled, "Order on Motion to Enforce Health Insurance Payments and Property Division." The writ will issue only in the event the trial court fails to comply with this order within fourteen days.

It is so **ORDERED** on February 17, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2008-CI-05475, styled *In the Matter of the Marriage of Maricela M. Medina and Onesimo M. Medina, Minor Children*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner sitting by assignment.